JERRY S. BUSBY
Nevada Bar #001107
LEO T. HENDGES
Nevada Bar #016034
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
lhendges@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIANA MARIE PEREZ, | Case No. 2:26-cv-01804-CDS-MDC |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. and DOES I through X, inclusive, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| Defendants. | |

COMES NOW Defendant SMITH'S FOOD & DRUG CENTERS, INC., ("SMITH'S") by and through its counsel, JERRY S. BUSBY, ESQ., and LEO T. HENDGES, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff SHIANA MARIE PEREZ, by and through her counsel, BRUCE D. TINGEY, ESQ., and JUSTIN L. DEWEY, ESQ., of TINGEY INJURY LAW FIRM, and the parties hereby submit this Stipulated Discovery Plan and Scheduling Order.

**Fed.R.Civ.P. 26(f) Conference.**

Counsel for the parties participated in a Rule 26 Discovery Conference on July 8, 2026. The conference was attended by Justin L. Dewey, Esq. for Plaintiff and Leo T. Hendges, Esq. for Defendant. At the conference, there were no discovery disputes at that time. The parties agree to exchange their disclosure statements in a timely manner. Counsel are requesting six months to complete discovery before the dispositive motion deadline and pretrial schedule. More specifically, counsel request 180 days from the date of filing of SMITH'S Answer, to complete discovery.

/ / /

NG-C2N3CBX6 4911-4868-9595.1

Based upon the above, the parties request six months for discovery under the discovery schedule set forth below:

1.   **Discovery Cut-Off Date:** The parties are requesting 180 days for discovery from June 26, 2026, the date of SMITH'S Answer. Thus, the parties request a discovery cut-off date of Wednesday December 23, 2026.  Discovery requests must be postmarked on or before Monday November 23, 2026, 30 days before the close of discovery, to be considered timely.

Initial Disclosures are due 14 days after this Court enters a discovery plan and scheduling order.

2.   **Amending the Pleadings and Adding Parties:**  The parties request that all motions to amend the pleadings or to add parties be filed no later than Thursday September 24, 2026 – 90 days prior to the close of discovery.  Amendments must comply with Fed.R.Civ.P. 15.

3.   **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):**  The parties request the disclosure of experts be made on or before Friday October 23, 2026 – 61 days[1] before the proposed discovery cut-off date.  Disclosure of rebuttal experts shall be made by Monday November 23, 2026 – 31 days after the initial disclosure of experts.[2]

4.   ~~**Discovery Motions:**  The parties must meet and confer prior to the submission of any discovery motion as outlined in LR IA 1-3(f).  Discovery motions must be filed at least 21 days before the close of discovery and must comply with LR 26-6.  This means discovery motions must be filed on or before Wednesday December 2, 2026.~~

5.   **Dispositive Motions:**  The date for filing dispositive motions shall be no later than Friday January 22, 2027 – 30 days after the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

/ / /

/ / /

---

[1] 60 days would run on Saturday October 24, 2026.  The deadline has been changed to the preceding Friday to allow for disclosure of experts at least 60 days before the close of discovery.

[2] 30 days would run on Sunday November 22, 2026.  The deadline has been extended to the following Monday.

2

6.    **Pretrial Order:**  The date for filing the joint pretrial order shall not be later than Monday February 22, 2027 – 31 days[3] after the cut-off date for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7.    **Fed.R.Civ.P. 26(a)(3) Disclosures:**  The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8.    **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation.  The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case.  Counsel further agree that a settlement conference or private mediation may be beneficial after discovery is concluded.  Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

9.    **Alternative Forms of Case Disposition:**  The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

10.    **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system.  At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

/ / /

/ / /

---

[3] 30 days would run on Sunday February 21, 2027.  The deadline has been extended to the following Monday.

3

11.     **Extensions or Modifications of the Discovery Plan and Scheduling Order**:  Any stipulation or motion must be made no later than 21 days before the subject deadline.  Requests to extend discovery deadlines must comply fully with LR 26-3.  Any request made after the expiration of a deadline set in this order must include an explanation of excusable neglect.

Respectfully submitted this 8th day of July, 2026.

TINGEY INJURY LAW FIRM

/s/ Justin L. Dewey
Justin L. Dewey, Esq.
Nevada Bar No. 14508
817 S. Main Street
Las Vegas, NV 89101
(702) 333-0000
Attorneys for Plaintiff
SHIANA MARIE PEREZ

COOPER LEVENSON, P.A.

/s/ Leo T. Hendges
Jerry S. Busby, Esq.
Nevada Bar No. 1107
Leo T. Hendges, Esq.
Nevada Bar No. 16034
3016 West Charleston Boulevard, #195
Las Vegas, NV  89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

All discovery related disputes, including disputes arising under the Protective Order, must be resolved pursuant to the Court's 07/10/26 Standing Order (ECF No. 10).  Any "Stipulations Regarding Discovery Dispute" made pursuant to the Standing Order must be filed by December 2, 2026.

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:   July 10, 2026

NG-C2N3CBX6 4911-4868-9595.1

4