Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHIANA MARIE PEREZ,

Plaintiff,

vs.

SMITH'S FOOD & DRUG CENTERS, INC.,

Defendant.

Case No: 2:26-cv-01804-CDS-MDC

**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (FIRST REQUEST)**

Plaintiff SHIANA PEREZ, and Defendant SMITH'S FOOD AND DRUG CENTER, INC. by and through their respective counsel of record, hereby submit this Stipulation and Proposed Order to Extend Discovery Deadlines (First Request) for the Court's consideration pursuant to Local Rules 26-4.

## I. DISCOVERY COMPLETED TO DATE

1. A Discovery Plan/Scheduling Order was filed on July 10, 2026;

2. Plaintiff served initial FRCP 26(a)(1) disclosures on July 22, 2026;
3. Defendant has served initial FRCP 26(a)(1) disclosures on July 22, 2026;
4. Defendants has served its first set of written discovery requests on Plaintiff on July 27, 2026;
5. Plaintiff has served responses to Defendants first set of written discovery requests on September 3, 2026;
6. Plaintiff has served her first set of written discovery on Defendants on September 18, 2026; and
7. Defendant has served a second set of written discovery requests on plaintiff on September 4, 2026.

## II. <u>DISCOVERY TO BE COMPLETED</u>

7. Plaintiff's responses to Defendant's second set of written discovery requests;
8. Defendant's responses to plaintiff's first set of written discovery requests;
9. Deposition of Plaintiff Shiana Perez (scheduled for October 8, 2026);
10. Site Inspection (scheduled for November 4, 2026);
11. Deposition of Defendant Smith's Food and Drug Centers, INC., 30(b)(6) witness (pending scheduling);
12. Deposition of Defendant Smith's Employee(s) (pending scheduling);
13. Depositions of expert witnesses;

//

//

## III. WHY DISCOVERY CAN NOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER

Good cause exists in this case to grant a discovery extension. This case arises from a slip and fall and this is the parties' first request for an extension of the discovery deadlines. Although the parties are working diligently to move this case forward, Plaintiff's premises liability expert was not available to conduct a site inspection until November 4, 2026, which was after the deadline for initial expert reports was set to expire. In light of the current October 23, 2026, deadline for disclosure of initial expert opinions, the parties request a 60-day extension of time to allow the parties' experts additional time to prepare their written reports. This request will not impact the trial date as this matter has not yet been set for trial. No prejudice will arise to either party, as both parties agree an extension is warranted in light of the experts' scheduling conflicts.

Moreover, this extension will help to ensure that this matter is decided on its merits. Accordingly, the parties respectfully request an extension of the current deadlines as indicated below. This is the first request for an extension of discovery in this matter.

//

//

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| DISCOVERY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Add Parties/ Amend Pleadings | September 24, 2026 | November 23, 2026 |
| Expert Disclosures | October 23, 2026 | December 22, 2026 |
| Rebuttal Expert Disclosures | November 23, 2026 | January 22, 2027 |
| Close of Discovery | December 23, 2026 | February 22, 2027 |
| Dispositive Motions | January 22, 2027 | March 23, 2026 |
| Joint Pretrial Order | February 22, 2027 | April 23, 2026 |

The parties have entered this Stipulation in an effort to complete discovery and potentially resolve the matter. It is not the intent of the parties to delay the conclusion of this matter. The parties wish to obtain any and all necessary information, through formal discovery, to evaluate this case for further settlement purposes and to prepare the case for trial.

//

//

//

//

//

## V. CURRENT TRIAL DATE

No trial date has been scheduled. The parties have acted in good faith in this matter in terms of complying with discovery deadlines but require additional time for discovery.

Dated this 22nd day of September, 2026.

Tingey Injury Law Firm

/s/ Justin L. Dewey

Justin L. Dewey, Esq.
817 S. Main St.
Las Vegas, NV 89101
Attorney for Plaintiffs

Cooper Levenson

/s/ Leo T. Hendges

Leo T. Hendges, Esq.
3016 W. Charleston Blvd, Ste 195
Las Vegas, NV 89102
Attorney for Defendant

Case No: 2:26-cv-01804-CDS-MDC

**ORDER**

Upon stipulation by counsel of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the discovery deadline shall be extended by 60 days as follows:

| | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Add Parties/ Amend Pleadings | September 24, 2026 | November 23, 2026 |
| Expert Disclosures | October 23, 2026 | December 22, 2026 |
| Rebuttal Expert Disclosures | November 23, 2026 | January 22, 2027 |
| Close of Discovery | December 23, 2026 | February 22, 2027 |
| Dispositive Motions | January 22, 2027 | March 23, 2027 |
| Joint Pretrial Order | February 22, 2027 | April 23, 2027 |

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
9-28-26